*United States v. Noel Betances et al.*, M.J. No. 25-3219-JDH

**EXHIBITS RELEVANT TO DETENTION**



